FILED

MAY 10 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDER PEGGY M. SPICER PURSUANT TO 18 U.S.C. § 4100 ET SEQ. | Case No. 1:18MJ00072 LJO SAB<br><br>ORDER ASSIGNING UNITED STATES MAGISTRATE JUDGE STANLEY A. BOONE TO PERFORM VERIFICATION PROCEEDINGS PURSUANT TO 18 U.S.C. § 4108 |

Pursuant to 28 U.S.C. § 636(g), the Honorable Stanley A. Boone, a United States Magistrate Judge for the Eastern District of California, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about June 6, 2018, in Istanbul, Turkey relating to the proposed transfer of offender Peggy M. Spicer from Turkey to the United States. Judge Boone is also authorized to assign counsel for Peggy M. Spicer as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

DATED: May 9, 2018

_____
LAWRENCE J. O'NEILL
Chief, United States District Judge
Eastern District of California

1